FILED'08 MAR 26 11:23 USDC-ORE

# UNITED STATES DISTRICT COURT

## District of Oregon

| | |
|---|---|
| FRANK SCHLISKE<br>Plaintiff<br><br>V.<br><br>Albany Police Department<br>Jason Carlile<br>Defendant | MOTION FOR<br>APPOINTMENT<br>OF COUNSEL |

Case No: 08 6098-AA

The plaintiff in the above entitled matter hereby moves the court for an order appointing legal counsel to act on his/her behalf.

The court has been provided the plaintiff's application to file the matter *in forma pauperis* and supporting affidavits.

Dated this 25 day of March, 2008

[signature]

Page 1 - Motion For Appointed Counsel