JOHN R. KROGER
Attorney General
ANDREW HALLMAN #083480
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Andrew.Hallman@doj.state.or.us

Attorneys for Defendant Jason Carlile

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FRANK SCHLISKE, | Case No. 6:08-cv-6098-AA |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| ALBANY POLICE DEPARTMENT; JASON CARLILE; DAMON STRUBLE; GLENN FAIRALL; STEVEN CORDER; DAN JONES, | |
| Defendants. | |

Consistent with the Court's Opinion and Order and dated May 12, 2009 (#53), and the

Court finding no just reason for delay for purposes of Fed. R. Civ. P. 54(b), it is hereby

ORDERED AND ADJUDGED that Plaintiff Frank Schliske's claims against Defendant

Page 1 - JUDGMENT OF DISMISSAL
AH/cbh/1819230-v2

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

Jason Carlile are hereby dismissed with prejudice with plaintiff taking no relief on the claims stated in his complaint.

DATED this 15 day of January, 2010.

_____
HONORABLE ANN AIKEN
U. S. District Court Judge

Submitted by: Andrew Hallman OSB #083480
Assistant Attorney General
Of Attorneys for Defendant Jason Carlile

Page 2 - JUDGMENT OF DISMISSAL
AH/cbh/1819230-v2

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on January 11, 2010, I served the foregoing JUDGMENT OF DISMISSAL upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Emilio F. Bandiero<br>Law Office of Emilio Bandiero<br>975 Oak St Ste 625<br>Eugene OR 97401<br>    Of Attorneys for Plaintiff | ___ HAND DELIVERY<br>✓ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX) **541 344-2956**<br>___ E-MAIL **efband@aol.com**<br>___ E-FILE |
| Gerald L Warren<br>Law Office of Gerald Warren<br>901 Capitol St. NE<br>Salem, OR 97301<br>    Of Attorneys for Albany Police Dept. | ___ HAND DELIVERY<br>✓ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX) **503 779-2716**<br>___ E-MAIL **gwarren@geraldwarrenlaw.com**<br>___ E-FILE |

*/s/*

ANDREW HALLMAN #083480
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Andrew.Hallman@doj.state.or.us
Of Attorneys for Defendant Jason Carlile

Page 1 - CERTIFICATE OF SERVICE
AH/cbh/921840

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791