Gerald L. Warren, OSB #81414
gwarren@geraldwarrenlaw.com
901 Capitol St. NE
Salem, OR  97301
Telephone:  (503) 480-7252
 Fax: (503) 779-2716
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| FRANK SCHLISKE, | Case No. 08-6098-AA |
| Plaintiff, | |
| v. | **STIPULATED VOLUNTARY DISMISSAL** |
| ALBANY POLICE DEPARTMENT, DAMON STRUBLE, GLENN FAIRALL, STEVEN CORDER, DAN JONES, | |
| Defendants. | |

Pursuant to Fed R. Civ Pro 41(a)(1)(A)(ii), the parties hereby stipulate that this action in

District Court may be dismissed with prejudice and without costs to any party.

DATED this   14th    day of April, 2011.

   /s/ Emilio F. Bandiero
Emilio F. Bandiero, OSB #91019
Attorney for Plaintiff

DATED this   12th    day of April, 2011.

   /s/ Gerald L. Warren
Gerald L. Warren, OSB #81414
Attorney for Defendants

Page 1 – **STIPULATED VOLUNTARY DISMISSAL**