UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

FRANK SCHLISKE,

                **Plaintiff,**

                v.                              Civil No. 08-6098-AA

ALBANY POLICE DEPARTMENT,
DAMON STRUBLE, GLENN FAIRALL,
STEVEN CORDER, DAN JONES,

                **Defendants.**

## JUDGMENT

This action is dismissed with prejudice and without costs to any party.

Dated: April 15, 2011.

                MARY L. MORAN, Clerk

                by L. Graham
                    L. Graham, Deputy Clerk

**JUDGMENT**                              **DOCUMENT NO:** _____